■ In the Matter of Ruof East Inc., Appellant, against Charles Abrams, as State Rent Administrator, Respondent.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ In the Matter of Carmelo Trimarchi et al., Respondents, against Sheffield Farms Company, Inc., et al., Appellants.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ Leonard Speenburgh, Appellant, v. Murray Feshbach et al., Respondents. Murray Feshbach et al., Plaintiffs, v. Knaust Bros. Inc., et al., Defendants.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ The People of the State of New York v. Eloy Serrano.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ John Breiner, Individually and on Behalf of Himself and All Other Stockholders of Thompson-Starrett Co., Inc., Similarly Situated, v. Jennie M. Doroshaw et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ In the Matter of the Probate of the Will of Nathan Teitelbaum, Deceased. Irving Teitelbaum, Appellant; Louis X. Alter, as Executor, Respondent.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J. Breitel, Botein, Valente and Bergan, JJ.

■ In the Matter of the Probate of the Will of Nathan Teitelbaum, Deceased. Irving Teitelbaum, Appellant; Louis X. Alter, as Executor, Respondent.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ The People of the State of New York v. Thomas Lo Basso.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ The People of the State of New York v. Damon Cooper.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ The People of the State of New York v. George Herbert.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ The People of the State of New York v. Gustavo Caballero.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ The People of the State of New York v. Toni Grant.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ The People of the State of New York v. Ernest Beal.—Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ The People of the State of New York v. Beatrice Zelmanowitz.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

## (January 17, 1957)

■ Tsakiroglou & Co., Limited, v. Block Overseas Corporation.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.